odsmbnc (04/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

    Dana L McKinnon

    Debtor(s)

Bankruptcy Proceeding No.  13–40568–TJM
Chapter  7

Judge:  Timothy J. Mahoney

**ORDER DISMISSING CASE**

Order Granting Motion to Dismiss Case For Abuse Pursuant to 11 USC Section 707(b)(1) and 707(b)(3) Filed by U.S. Trustee Patricia Fahey (Related Doc # [23]). The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed. The motion is granted and this case is dismissed. HEREBY ORDERED by Judge Timothy J. Mahoney.

Dated:  August 6, 2013

BY THE COURT:

/s/ Timothy J. Mahoney
Bankruptcy Judge

Copies mailed to all creditors and parties in interest.